IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM E. GRAVES, ALAN D. HUME, BILL OPFER, MICHAEL K. SHANER, RALPH VALENTINO, and BILL WATTERLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX INCORPORATED, formerly known as BOISE CASCADE CORPORATION,<br><br>Defendant. | Case No. 1:06-CV-00083-BLW<br><br>JUDGMENT |

Pursuant to Federal Rule of Civil Procedure 68, on March 1, 2006, Defendant OfficeMax Incorporated served Offers of Judgment on Plaintiffs in this action. Those Offers of Judgment, by their terms, contemplated a judicially-approved consent judgment and, by their terms and agreement of counsel, were open and available for acceptance until April 14, 2006. On April 14, 2006, the Plaintiffs accepted their Offers of Judgment and file simultaneously herewith their Notice of Acceptance of Offers of Judgment.

WHEREFORE, upon the consent of the parties and having scrutinized the Offers of Judgment for their fairness to the Plaintiffs,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered against OfficeMax Incorporated and in favor of the following individuals in the amounts shown:

1. William E. Graves, for $295, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

      2.      Alan D. Hume, for $90, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

      3.      Bill M. Opfer, for $930, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

      4.      Michael K. Shaner, for $545, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

      5.      Ralph F. Valentino, for $570, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

      6.      Bill Watterlin, for $725, plus a proportionate amount of reasonable attorneys' fees and costs incurred on behalf of this individual to March 1, 2006;

Plaintiffs shall submit their motion for fees and cost bill, if any, pursuant to Local Rules 54.1 and 54.2.

DATED: **May 17, 2006**

B. LYNN WINMILL  
Chief Judge  
United States District Court